# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

SAMARI WILLIS,
ADC #140707                                                                                    PLAINTIFF

V.                                    5:11-cv-00210-SWW-JTK

JOHNNIE HARRIS, et al.                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

The Court certifies that an in forma pauperis appeal from an Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 19th day of September, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE